# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **LAWRENCE DUECASTER,** | ) | **CASE NO. 4:04CV1979** |
| | ) | |
| **PLAINTIFF,** | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| **V.** | ) | |
| | ) | |
| **OHIO ADULT PAROLE** | ) | |
| **AUTHORITY, et al.,** | ) | **MEMORANDUM OPINION** |
| | ) | **AND ORDER** |
| **DEFENDANTS.** | ) | |
| | ) | |

On October 8, 2004, this Court issued an order assigning this case to Magistrate Judge George J. Limbert for general pre-trial supervision (Dkt. #3).  On September 14, 2005, Magistrate Judge Limbert issued a Report and Recommendation that this action be dismissed. (Dkt. #10).

FED. R. CIV.P. 72(b) provides that objections to a report and recommendation must be filed within ten (10) days after service, but Plaintiff has failed to timely file any such objections.  Therefore, the Court must assume that Plaintiff is satisfied with the Magistrate Judge's recommendation.  Any further review by this Court would be a duplicative and an inefficient use of the Court's limited resources.  Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

Therefore, the Report and Recommendation of Magistrate Judge Limbert (Dkt. #10) is hereby **ADOPTED**. Accordingly, Defendants' motion to dismiss Plaintiff's complaint without prejudice is **GRANTED** and this case is **DISMISSED**.

**IT IS SO ORDERED**.

<u>**/s/ Peter C. Economus - September 29, 2005**</u>
**PETER C. ECONOMUS**
**UNITED STATES DISTRICT JUDGE**