# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **LAWRENCE DUECASTER,** | ) | **CASE NO. 4:04CV1979** |
| | ) | |
| **PLAINTIFF,** | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| **V.** | ) | |
| | ) | |
| **OHIO ADULT PAROLE** | ) | |
| **AUTHORITY, et al.,** | ) | **JUDGMENT** |
| | ) | |
| **DEFENDANTS.** | ) | |
| | ) | |

In accordance with the Memorandum Opinion and Order filed contemporaneously with this Judgment, Plaintiff's action is **DISMISSED.**

Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

**IT IS SO ORDERED**.

                                                **/s/ Peter C. Economus - September 29, 2005**
                                                **PETER C. ECONOMUS**
                                                **UNITED STATES DISTRICT JUDGE**